CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, *v.* THE PITTSBURG, SHAWMUT AND NORTHERN RAILROAD COMPANY et al., Defendants.

FRANK SULLIVAN SMITH, as Receiver, Appellant; CENTRAL TRUST COMPANY OF NEW YORK, as Trustee, et al., Respondents.

Reported below, 189 App. Div. 921.

(Argued February 23, 1920; decided March 2, 1920.)

MOTIONS to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 8, 1919, which reversed an order of Special Term and remitted the matter to the Special Term with directions that it take such further proof upon the questions involved as either party may desire to submit.

The motions were made upon the ground that the receiver had no standing to maintain the appeal.

*Adelbert Moot* and *Arthur H. Van Brunt* for motions. *Alton B. Parker* opposed.

Motions denied, with ten dollars costs of one motion.